1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com

6  Attorneys for Plaintiff, ANDRES GOMEZ

7

8                       UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA
9

10 ANDRES GOMEZ,                        )  Case No.: 2:20-cv-06897-RSWL-AS
                                         )
11        Plaintiff,                     )
                                         )  **NOTICE OF SETTLEMENT**
12     v.                                )
                                         )
13 PAYLESS CAR RENTAL, INC., a Nevada    )
   Corporation; and Does 1-10,           )
14                                       )
          Defendant.                     )
15                                       )

16    The plaintiff hereby notifies the court that a global settlement has been reached in
17 the above-captioned case.

18                              CENTER FOR DISABILITY ACCESS
19
20 Dated: September 29, 2020    By: /s/ Amanda Seabock
21                                   Amanda Seabock
                                     Attorney for Plaintiff
22

23

24

25

26

27

28

Notice of Settlement              -1-              2:20-cv-06897-RSWL-AS